AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX      District of   ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)

Nation of Singapore
Singaporean Embassy
3501 International Place, NW
Washington, D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX        District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)

Singapore Technologies Semiconductors (Private) Limited
President and CEO
No. 1 Woodlands Industrial PArk D Street 1
Singapore 738799

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX                     District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.
STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree, CASE
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

TO: (Name and address of Defendant)

Temasek Holdings (Private) Limited
President and CEO
Madam Ho Ching
60B Orchard Road
#06-18 Tower 2
The Atrium @ Orchard
Singapore 238891

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX      District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)

State Bar of Arizona
REgistered Agent - Teresa Schmid
4201 North 24th Street, Suite 200
Phoenix, Arizona 85016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within    **20**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX                             District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.
STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX                                District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)

STATS ChipPAC Ltd
President and CEO Tan Lay Koon
5 Yishum Street 23
Singapore 768442

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX        District of   ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree, CASE
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

TO: (Name and address of Defendant)

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
c/o Registered Agent
CT Corporation System
2394 East Camelback Road
Phoenix, Arizona 85016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX             District of    ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree, CASE
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

TO: (Name and address of Defendant)

Caroline Larsen
6449 East Parkview Dr
Scottsdale, Arizona 85257-2566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

PHOENIX                     District of     ARIZONA

PETER STROJNIK

**SUMMONS IN A CIVIL CASE**

V.

STATS ChipPAC, Inc., STATS ChipPAC, Ltd.
Temasek Holdings Private Limited,
Singapore Technologies Semiconductors
Private Limited, Caroline Larsen, Ogletree,
Deakins, Nash, Smoak & Stewart, P.C.
State Bar of Arizona, The United States
Justice Department, The Country of Singapore

CASE

TO: (Name and address of Defendant)
STATS ChipPAC, Inc.
Registered Agent-Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                           DATE

(By) DEPUTY CLERK