UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Peter Strojnik**<br>PLAINTIFF(S)<br><br>v.<br><br>**STATS ChipPAC, Inc., et al.**<br>DEFENDANT(S) | CASE NO. **CV-09-143-PHX-JWS**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Peter Strojnik*:

- ☒ Incorrect information added to Party Information Screen. Address, phone or email information was incorrectly added to the Party Information screen. At the Party Information screen, only the Party text field should be used when appropriate.

**ACTION TAKEN BY THE COURT**

- ☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.