DIANE J. HUMETEWA
United States Attorney
District of Arizona

RICHARD G. PATRICK
Assistant U.S. Attorney
Arizona State Bar No. 5148
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: richard.patrick@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>            Plaintiff,<br><br>     v.<br><br>STATS ChipPAC, Inc., a Delaware corporation; STATS Chip PAC, Ltd., a foreign corporation; Temasek Holdings Private Limited, a foreign corporation; Singapore Technologies Semiconductors Private Limited, a foreign corporation; Caroline Larsen, a natural person; Ogletree, Deakins, Nash, Smoak & Stewart, P.C., an Arizona Corporation; State Bar of Arizona, an Arizona non-profit Corporation; United States Department of Justice, a governmental entity; the Country of Singapore, a foreign entity,<br><br>            Defendants. | CIV-09-00143-PHX-HRH<br><br>**FEDERAL DEFENDANT'S MOTION TO DISMISS** |

Federal defendant United States Department of Justice, by the undersigned Assistant United States Attorney for the District of Arizona, hereby moves pursuant to Rules 7 and 12(b)(1), Fed. R. Civ. P. and LRCiv 7.2 that this action, as to movant, be dismissed for lack of jurisdiction. [1]  A Memorandum of Points and Authorities in support of this motion is filed herewith.

WHEREFORE, it is prayed that this motion be granted.

---

[1] Movant specifically preserves the defenses set forth in Rule 12(b)(5) and (6).

1    Respectfully submitted this 10th day of February, 2009.

                                    DIANE J. HUMETEWA
                                    United States Attorney
                                    District of Arizona

                                    ***s/Richard G. Patrick***

                                    RICHARD G. PATRICK
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
3030 N. Central Ave, Ste 1401
Phoenix, AZ 85012

*s/Richard G. Patrick*
Office of the U.S. Attorney