Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>STATS ChipPAC, Inc., a Delaware corporation; STATS ChipPAC, Ltd., a foreign corporation; TEMASEK HOLDINGS PRIVATE LIMITED, a foreign corporation; SINGAPORE TECHNOLOGIES SEMICONDUCTORS PRIVATE LIMITED, a foreign corporation; CAROLINE LARSEN a natural person; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., an Arizona Corporation; STATE BAR OF ARIZONA, an Arizona non-profit Corporation; THE UNITED STATES DEPARTMENT OF JUSTICE, a governmental entity; THE COUNTRY OF SINGAPORE, a foreign entity,<br><br>Defendants. | NO. 2:09-cv-0143-HRH<br><br>**RULE 41(a)(1)(A) NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DEFENDANTS** |

Following receipt of information from a Singaporean dissident and political refugee and upon learning that Singapore is not likely to attempt proceedings against a

-1-

United States Citizen for the exercise of his 1st Amendment Rights, Plaintiff finds that the current action should be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and Plaintiff doers hereby give notice of the dismissal. This dismissal is *without* prejudice.

RESPECTFULLY SUBMITTED this 2nd day of April, 2009.

**PETER STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for the Plaintiff